**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Post Office Square, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2783681** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7 Stillo Drive**<br>**Monsey, NY 10952**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Rockland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Post Office Square, LLC**                                          Case number (*if known*) _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | **Larry B. Weinstein** | | | Relationship | **Principal** |
| District | **Southern District of New York** | When | **10/10/19** | Case number, if known | **19-23827** |

Debtor    **Post Office Square, LLC**
        Name

Case number (*if known*)

Debtor    **Post Office Square, LLC**                                        Case number (*if known*) _____
          _____
          Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Post Office Square, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2020**
MM / DD / YYYY

X **/s/ Larry B. Weinstein**
Signature of authorized representative of debtor

**Larry B. Weinstein**
Printed name

Title    **Sole Member**

**18. Signature of attorney**

X **/s/ Harvey S. Barr**
Signature of attorney for debtor

Date    **September 18, 2020**
MM / DD / YYYY

**Harvey S. Barr**
Printed name

**Barr Legal, PLLC**
Firm name

**80 Red Schoolhouse Road**
**Suite 110**
**Spring Valley, NY 10977**
Number, Street, City, State & ZIP Code

Contact phone    **845-352-4080**    Email address    **hbarr@barrlegal.com**

**1410349A NY**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Post Office Square, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Athenia Mason Supply, Inc 72 Mina Ave Clifton, NJ 07011** | | | **Disputed** | | | **$14,154.83** |
| **Bellavista Construction Corp P.O. Box 978 Suffern, NY 10901** | | | **Disputed** | | | **$7,720.00** |
| **East Coast Stucco 73 Palisades Avenue Garfield, NJ 07026** | | | **Disputed** | | | **$40,000.00** |
| **EZ Glass and Mirrors 30 Melnick Drive Monsey, NY 10952** | | | **Disputed** | | | **$9,834.55** |
| **Hayden Building Maintenance 169 Western Highway West Nyack, NY 10994** | | | **Disputed** | | | **$57,407.00** |
| **HW Hardware/Doors 70 Red Schoolhouse Road Spring Valley, NY 10977** | | | **Disputed** | | | **$5,000.00** |
| **Larry B. Weinstein 7 Stillo Drive Suffern, NY 10901** | | | | | | **$4,000,000.00** |
| **Pro Built East 30-40 Golf Links Road Middletown, NY 10940** | | | **Disputed** | | | **$214,901.20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor    **Post Office Square, LLC**    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rockland County Department of Finance 50 Sanatorium Road, Builing A Pomona, NY 10970** | | | **Disputed** | | | **$289,386.81** |
| **Shragaei Electrical Corp 42 Olympia Lane Monsey, NY 10952** | | | **Disputed** | | | **$40,000.00** |
| **Tax Receiver Ramapo Town Hall 237 Route 59 Suffern, NY 10901** | | | **Disputed** | | | **$21,367.90** |
| **Travcon Inc 375 Kings Highway Valley Cottage, NY 10989** | | | **Disputed** | | | **$700.00** |
| **Village of Spring Valley Tax Collecter 200 N. Main Street Spring Valley, NY 10977** | | | **Disputed** | | | **$32,931.38** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Post Office Square, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,154.83 |
| | Athenia Mason Supply, Inc | ☐ Contingent | |
| | 72 Mina Ave | ☐ Unliquidated | |
| | Clifton, NJ 07011 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,720.00 |
| | Bellavista Construction Corp | ☐ Contingent | |
| | P.O. Box 978 | ☐ Unliquidated | |
| | Suffern, NY 10901 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
| | East Coast Stucco | ☐ Contingent | |
| | 73 Palisades Avenue | ☐ Unliquidated | |
| | Garfield, NJ 07026 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,834.55 |
| | EZ Glass and Mirrors | ☐ Contingent | |
| | 30 Melnick Drive | ☐ Unliquidated | |
| | Monsey, NY 10952 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Post Office Square, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,407.00** |
|---|---|---|---|
| | **Hayden Building Maintenance** | ☐ Contingent | |
| | **169 Western Highway** | ☐ Unliquidated | |
| | **West Nyack, NY 10994** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **HW Hardware/Doors** | ☐ Contingent | |
| | **70 Red Schoolhouse Road** | ☐ Unliquidated | |
| | **Spring Valley, NY 10977** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000,000.00** |
|---|---|---|---|
| | **Larry B. Weinstein** | ☐ Contingent | |
| | **7 Stillo Drive** | ☐ Unliquidated | |
| | **Suffern, NY 10901** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214,901.20** |
|---|---|---|---|
| | **Pro Built East** | ☐ Contingent | |
| | **30-40 Golf Links Road** | ☐ Unliquidated | |
| | **Middletown, NY 10940** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289,386.81** |
|---|---|---|---|
| | **Rockland County Department** | ☐ Contingent | |
| | **of Finance** | ☐ Unliquidated | |
| | **50 Sanatorium Road, Builing A** | ☑ Disputed | |
| | **Pomona, NY 10970** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | **Shragaei Electrical Corp** | ☐ Contingent | |
| | **42 Olympia Lane** | ☐ Unliquidated | |
| | **Monsey, NY 10952** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,367.90** |
|---|---|---|---|
| | **Tax Receiver** | ☐ Contingent | |
| | **Ramapo Town Hall** | ☐ Unliquidated | |
| | **237 Route 59** | ☑ Disputed | |
| | **Suffern, NY 10901** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Post Office Square, LLC** | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|------|-----|-----|-----|

**Travcon Inc**
**375 Kings Highway**
**Valley Cottage, NY 10989**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,931.38 |
|------|-----|-----|-----|

**Village of Spring Valley**
**Tax Collecter**
**200 N. Main Street**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James Mayer, Esq**<br>**P.O. Box 35**<br>**Westwood, NJ 07675** | Line **3.1**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Kleinman Slatzman & Bolnick**<br>**PO Box 947**<br>**151 North Main Street, FL 4**<br>**New City, NY 10956** | Line **3.8**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Rabinowitz, Galina & Rosen**<br>**94 Willis Ave**<br>**Mineola, NY 11501** | Line **3.3**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Rabinowitz, Galina & Rosen**<br>**94 Willis Ave**<br>**Mineola, NY 11501** | Line **3.10**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Thomas Humbach, County Atty**<br>**11 New Hempstead Road**<br>**New City, NY 10956** | Line **3.9**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Welby, Brady & Greenblatt**<br>**11 Martine Ave, 15th Floor**<br>**White Plains, NY 10606** | Line **3.5**<br>☐ Not listed. Explain ___ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,733,403.67 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 4,733,403.67 |

Debtor    **Post Office Square, LLC**                                        Case number (*if known*)
Name

ATHENIA MASON SUPPLY, INC
72 MINA AVE
CLIFTON, NJ 07011


BELLAVISTA CONSTRUCTION CORP
P.O. BOX 978
SUFFERN, NY 10901


EAST COAST STUCCO
73 PALISADES AVENUE
GARFIELD, NJ 07026


EZ GLASS AND MIRRORS
30 MELNICK DRIVE
MONSEY, NY 10952


HAYDEN BUILDING MAINTENANCE
169 WESTERN HIGHWAY
WEST NYACK, NY 10994


HW HARDWARE/DOORS
70 RED SCHOOLHOUSE ROAD
SPRING VALLEY, NY 10977


JAMES MAYER, ESQ
P.O. BOX 35
WESTWOOD, NJ 07675


KLEINMAN SLATZMAN & BOLNICK
PO BOX 947
151 NORTH MAIN STREET, FL 4
NEW CITY, NY 10956


LARRY B. WEINSTEIN
7 STILLO DRIVE
SUFFERN, NY 10901


PRO BUILT EAST
30-40 GOLF LINKS ROAD
MIDDLETOWN, NY 10940


RABINOWITZ, GALINA & ROSEN
94 WILLIS AVE
MINEOLA, NY 11501

ROCKLAND COUNTY DEPARTMENT
OF FINANCE
50 SANATORIUM ROAD, BUILING A
POMONA, NY 10970


SHRAGAEI ELECTRICAL CORP
42 OLYMPIA LANE
MONSEY, NY 10952


TAX RECEIVER
RAMAPO TOWN HALL
237 ROUTE 59
SUFFERN, NY 10901


THOMAS HUMBACH, COUNTY ATTY
11 NEW HEMPSTEAD ROAD
NEW CITY, NY 10956


TRAVCON INC
375 KINGS HIGHWAY
VALLEY COTTAGE, NY 10989


VILLAGE OF SPRING VALLEY
TAX COLLECTER
200 N. MAIN STREET
SPRING VALLEY, NY 10977


WELBY, BRADY & GREENBLATT
11 MARTINE AVE, 15TH FLOOR
WHITE PLAINS, NY 10606